# ELECTRONIC RECORD

*1521-14*
*1522-14*

COA # 05-14-01098-CR    OFFENSE: OTHER CRIMINAL

STYLE: John Wesley Patterson III v. The State of Texas    COUNTY: Collin

COA DISPOSITION: DISMISSED    TRIAL COURT: 416th Judicial District Court

DATE: 9/3/2014    Publish: NO    TC CASE #: 416-82554-05

---

## IN THE COURT OF CRIMINAL APPEALS

*1521-14*
*1522-14*

STYLE: John Wesley Patterson III v. The State of Texas    CCA #: _____

PRO SE Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

REFUSED    JUDGE: _____

DATE: 02/25/2015    SIGNED: _____    PC: _____

JUDGE: _____    PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**